IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-22-D-KS

| | |
|---|---|
| KEVIN COLLIER POSEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

For good cause shown, Defendant's motion to appear telephonically at the hearing scheduled for July 10, 2023 [DE #27] is GRANTED. Defendant shall be permitted to appear via video teleconferencing ("VTC"). At least five (5) days before the scheduled hearing, counsel for Defendant shall submit a VTC Request, available on the court's website at https://www.nced.uscourts.gov/attorney/crtech.aspx.

This 26th day of June 2023.

*Kimberly A. Swank*
KIMBERLY A. SWANK
United States Magistrate Judge