UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| KEVIN POSEY, | ) |
| Plaintiff, | ) **JUDGMENT IN A CIVIL CASE** |
| | ) **CASE NO. 5:23-CV-22–D** |
| v. | ) |
| MARTIN O'MALLEY, | ) |
| Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court OVERRULES plaintiff's objections to the M&R [D.E. 47, 49], ADOPTS the conclusions in the M&R [D.E. 46], DENIES plaintiff's motion for judgment on the pleadings [D.E. 38], DENIES plaintiff relief [D.E. 39, 40, 42, 43], AFFIRMS defendant's final decision, and DISMISSES this action.

**This Judgment Filed and Entered on February 28, 2024, and Copies To:**

| | |
|---|---|
| Kevin Posey | (via US Mail to 1304 North Dr, Goldsboro, NC 27534) |
| Scott A. Scurfield | (via CM/ECF electronic notification) |
| Brittany Johanna Gigliotti | (via CM/ECF electronic notification) |
| Cathleen C. McNulty | (via CM/ECF electronic notification) |
| Joanne Kernicky | (via CM/ECF electronic notification) |

DATE:  PETER A. MOORE, JR., CLERK
February 28, 2024  (By) /s/ Stephanie Mann
 Deputy Clerk